## Second Department, December, 1934.

Doris Fonville, an Infant, by Frances Fonville, Her Guardian ad Litem, Appellant, v. Irving Poultry Co., Inc., and Joseph Simon, Respondents.— In view of the decision of the appeal herein (*Fonville* v. *Irving Poultry Co., Inc.* (*post*, p. 528), decided herewith, the motion to stay the trial pending the hearing and determination of the appeal is dismissed. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Emil J. Frenger, Respondent, v. Henry Katz and Eleanor V. Katz, His Wife, Appellants, and Others, Defendants.— Motion to vacate order granting reargument and on reargument affirming the order of the County Court denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

William Hodson, Commissioner of Public Welfare, on the Complaint of Mary Krieger, Respondent, v. Morris Nosowitz, Appellant.— The decision of this court handed down on November 23, 1934 [242 App. Div. 848], is hereby amended to read as follows: Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ. Motion to resettle order granted and order dated October 29, 1934, resettled by striking therefrom the provision that the petition be dismissed and by inserting in place thereof a provision ordering a new trial. Present — Lazansky, P. J., Hagarty, Tompkins and Davis, JJ.; Carswell, J., not voting.

Helen M. Allen, Respondent, v. Harry R. Allen, Appellant.— Order reversed on the law, without costs, and the case remitted to the trial court with directions to settle the proposed case and amendments. In our opinion, the trial court was without power to hold the settlement of defendant's case on appeal " in abeyance " until he shall comply with the terms of the judgment and the order for a counsel fee. Whether the appeal shall be heard in view of defendant's defaults rests in the discretion of the court in which the appeal is pending. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

Charles F. Ball and Another, Respondents, v. Peter J. Grady, as Administrator, etc., of Joseph P. Grady, Deceased, Appellant.*— Judgment in action for the breach of an alleged oral warranty reversed on the law and the complaint dismissed, with costs. We are of opinion that, on the facts in this case, all warranties or oral agreements prior to the written contract for the sale and purchase of the real property described in the complaint merged in the written contract and the deed subsequently delivered. (*Mitchill* v. *Lath*, 247 N. Y. 377; *Adams* v. *Gillig*, 199 id. 314.) Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.